**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

| | |
|---|---|
| WHB 823,<br>Plaintiff/Appellee,<br>v.<br>UBER TECHNOLOGIES, INC., et al.,<br>Defendants/Appellants. | Case No. 26-1640 |

# APPELLANTS' UNOPPOSED MOTION TO EXTEND BRIEFING SCHEDULE

Pursuant to Federal Rules of Appellate Procedure 26(b) and 27, Appellants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (together, "Uber") hereby submit this unopposed motion to extend the deadline for Appellants' opening brief by 35 days. Appellee, WHB 823, consents to the relief requested in this motion.

## BACKGROUND

Uber is appealing the final judgment (ECF No. 177) entered by the United States District Court for the Western District of North Carolina on April 20, 2026 in Case No. 26-cv-1640. Dkt. 1 (docketed May 22, 2026).

On June 8, 2026, this Court set the following briefing schedule:

- Appellants' opening brief and joint appendix due on July 20, 2026
- Appellee's response brief due on August 19, 2026
- Appellants' reply brief due within 21 days of response brief

Dkt. 9.

Extending the briefing schedule in this case by an additional 35 days would allow Appellants and their counsel to tend to family medical issues while developing their arguments in this complex appeal from an multi-district litigation ("MDL") bellwether jury verdict.

## ARGUMENT

This appeal arises from a bellwether jury trial in an MDL against Uber. It will be the first appeal in the MDL and will encompass, among other things, important questions of law that were briefed in the parties' cross motions for summary judgment. The appeal will also address complicated trial issues that resulted in a verdict finding Uber liable for a third-party driver's battery and awarding $5,000 in emotional-distress damages. This will therefore be a complex appeal with potentially wide-ranging importance.

Currently, Appellants' opening brief and joint appendix are due on July 20. Under the circumstances, preparing Uber's opening brief by that date would be unusually difficult. One of Uber's two key in-house attorneys responsible for this matter is currently out on parental leave, having recently given birth to a child. Another key in-house responsible attorney is also on leave for the next several weeks. Additionally, Uber's lead outside appellate counsel, undersigned, is facing an unexpected family medical issue: his wife has recently experienced a serious health issue that has required her to be hospitalized. Counsel is currently the primary caregiver for their three children until she returns home.

Appellants request a 35-day extension to work around these family and medical issues while briefing the complicated issues in this appeal and coordinating with counsel for Appellee on the joint appendix. Good cause thus exists for the requested extension of the current briefing schedule.

Counsel for Appellants has conferred with counsel for Appellee, who consents to this motion. As a result, no party will be prejudiced by the requested relief.

## CONCLUSION

For the foregoing reasons, Appellants request that this Court grant this unopposed motion to extend all deadlines by an additional 35 days. The parties jointly propose the following extended briefing schedule:

- Appellants' opening brief and joint appendix due on August 24, 2026
- Appellee's response brief due on September 23, 2026
- Appellants' reply brief due within 21 days of response brief

Dated: June 16, 2026

Respectfully submitted,

*/s/ Michael R. Huston*
Michael R. Huston
PERKINS COIE LLP
2525 East Camelback Rd.,
Suite 500
Phoenix, AZ  85016
(602) 351-8000
MHuston@perkinscoie.com

*Attorneys for Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC*

## CERTIFICATE OF COMPLIANCE

This motion complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 489 words, excluding the parts exempted by Rule 27(a)(2)(B); and (2) the typeface and type style requirements of Rule 27(d)(1)(E) because it has been prepared in a proportionally spaced typeface (14-point Century Schoolbook) using Microsoft Word (the same program used for the word count).

Dated: June 16, 2026

*/s/ Michael R. Huston*
Michael R. Huston

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: June 16, 2026

*/s/ Michael R. Huston*
Michael R. Huston