**No. 26-1640**

# In the United States Court of Appeals for the Fourth Circuit

UBER TECHNOLOGIES, INC., et al.,
*Defendants-Appellants,*

v.

WHB 823,
*Plaintiff-Appellee.*

On Appeal from the United States District Court
for the Western District of North Carolina
Case No. 3:25-cv-00737-CRB (The Hon. Charles R. Breyer)

## UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE PAGE PROOF RESPONSE BRIEF AND DEFERRED APPENDIX

The plaintiff-appellee WHB 823 respectfully requests a 35-day extension on the deadline for her response brief, from September 23, 2026, to October 28, 2026. She also respectfully requests a parallel 35-day extension on the deadline for the deferred appendix, from October 21, 2026, to November 25, 2026. This is the first extension request for both deadlines. Defendants-appellants consent to both requests. WHB 823 submits that there is good cause for these requests:

Lead appellate counsel for WHB 823, Jonathan E. Taylor, has a number of pressing obligations that have taken up and will continue to take up substantial time over the next month. His colleagues at Gupta Wessler have their own deadlines that

will prevent them from helping with the preparation of the brief. This will make it difficult to properly prepare the brief absent the requested extension. Specifically, Mr. Taylor and his colleagues have the following deadlines over the next month:

- An opposition to a Rule 23(f) petition due in the Eleventh Circuit in *Delta Air Lines v. Haley*, No. 26-90021, on September 3, 2026;

- A response to an amicus brief due in the Washington Supreme Court in *Bennett v. Providence Health Services*, No. 1049374, on September 9, 2026;

- A response brief due in the Virginia Court of Appeals in *Parker v. Zwerner*, No. 0382-26-1, on September 11, 2026;

- An opposition to a motion for summary judgment in the Second Judicial District Court of Nevada in *Blasco v. St. Mary's Regional Medical Center*, No. CV24-02272, on September 14, 2026;

- A cross-appellant's brief due in the Eighth Circuit in *Ball-Bey v. Chandler*, Nos. 26-1415 & 26-1419, on September 18, 2026;

- A hearing on post-trial motions in San Miguel County of the New Mexico District Court in *Grano v. Michelin*, No. D-412-CV-2021-00197, on September 22, 2026;

- A response to a petition for rehearing en banc due in the Tenth Circuit in *Dunn v. Santa Fe Natural Tobacco Co.*, Nos. 23-2180 & 23-2181, on September 23, 2026;

- A combined opening and answering brief due in the Nevada Supreme Court in *Escobia v. Raspperry*, Nos. 90213 & 89723, on September 23, 2026;

- An opposition to a motion to dismiss due in the Eastern District of New York in *Cortez v. United States*, No. 2:24-cv-7532, on October 2, 2026;

- A response brief due in the Fourth District of the Florida Court of Appeals in *Casaretto v. Johnson & Johnson*, No. 4D2026-1014, on October 8, 2026;

- A reply brief due in this Court in *Carefirst of Maryland v. Johnson & Johnson*, No. 26-1248, on October 8, 2026; and

- An oral argument in the D.C. Circuit in *Montrois v. United States*, Nos. 25-5090 & 25-5192, on October 26, 2026.

No party will be prejudiced by the requested extension.

For the foregoing reasons, this motion for a 35-day extension of time to file the page proof response brief and deferred appendix should be granted.

Respectfully submitted,

*/s/ Jonathan E. Taylor*
JONATHAN E. TAYLOR
GUPTA WESSLER LLP
1400 16th Street, NW
Suite 225
Washington, DC 20036
(202) 888-1741
*jon@guptawessler.com*

September 2, 2026

*Counsel for Plaintiff-Appellee*

## CERTIFICATE OF COMPLIANCE

This brief complies with the type-volume limitation of Federal Rule of Appellate Procedure 32(a)(7)(B) because this motion contains 477 words excluding the parts of the brief exempted by Rule 32(f). This motion complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because this motion has been prepared in proportionally spaced typeface using Microsoft Word in 14-point Baskerville font.

September 2, 2026

*<u>/s/ Jonathan E. Taylor</u>*
Jonathan E. Taylor

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2026, I electronically filed the foregoing motion with the Clerk of the Court for the U.S. Court of Appeals for the Fourth Circuit by using the CM/ECF system. All participants are registered CM/ECF users and will be served by the CM/ECF system.

*/s/ Jonathan E. Taylor*
Jonathan E. Taylor