FILED: October 21, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-1640
(3:25-cv-00737-CRB)

---

WHB 823

Plaintiff - Appellee

v.

UBER TECHNOLOGIES, INC.; RASIER, LLC; RASIER-CA, LLC

Defendants - Appellants

------------------------------

AMERICAN TORT REFORM ASSOCIATION; TECHNET

Amici Supporting Appellant

---

O R D E R

---

The court grants an extension of the briefing schedule as follows:

FRAP 30(c) page-proof response brief & service of additional designations due: 11/04/2026

Joint appendix due: 12/02/2026

Opening brief, response brief, and any reply brief in final form due:

12/09/2026

Any further request for an extension of time in which to file the page-proof response brief shall be disfavored.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk